COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Ralph WILSON et al., Appellees.

Court of Appeals of Kentucky.

March 23, 1973.

Carl T. Miller, Gen. Counsel Dept. of Highways, Frankfort, Tyler C. Bourne, Paducah, for appellant.

Edward H. Johnstone, Johnstone & Eldred, Princeton, for appellees.

Memorandum Opinion by Justice MILLIKEN, Affirming.*

---

WARD ENGINEERING COMPANY,
Appellant,

v.

William Cyril HARRIS and Workmen's
Compensation Board of Kentucky,
Appellees.

Court of Appeals of Kentucky.

March 23, 1973.

Whayne C. Priest, Jr., Bowling Green, for appellant.

Chester I. Bays, Bowling Green, J. Keller Whitaker, Director, Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Reversing.*

---

Agnes Marie SAUER

v.

GENERAL ELECTRIC COMPANY,
SPECIAL FUND, et al.

Court of Appeals of Kentucky.

March 23, 1973.

John W. Beard, Owensboro, for appellant.

Marvin P. Nunley, Bartlett, McCarroll & Nunley, Owensboro, for General Electric Co., Gemma M. Harding, Louisville, for appellees.

Memorandum Opinion of the Court by Justice REED, Affirming.*

---

Raymond TACKETT, Movant,

v.

Elizabeth BROCK, unmarried, Helen B.
New, a widow, et al., Respondents.

Court of Appeals of Kentucky.

March 23, 1973.

E. Durward Weldon, R. Bruce Lankford, Georgetown, Squire N. Williams, Jr., Frankfort, for appellant.

Marion Rider, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

---

* Opinion ordered not to be published.